ORDERED.

Dated: May 21, 2012



*Eileen W. Hollowell*, Bankruptcy Judge
_____

Eric Slocum Sparks
Arizona State Bar No. 11726
LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
110 South Church Avenue #2270
Tucson, Arizona 85701
Telephone (520) 623-8330
Facsimile (520) 623-9157
eric@ericslocumsparkspc.com

Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ELIAS Y FREIJ and OBDULIA M FREIJ, Debtor. | No. 4:12-bk-10829-EWH<br>(Chapter 11)<br>ORDER SETTING THE TIME WITHIN WHICH TO FILE PROOFS OF CLAIM AND/OR PROOFS OF INTEREST |

The above-named Debtors having filed their Motion to fix the time within which creditors and holders of interest may file proofs of claim and proofs of interest and good cause appearing,

IT IS HEREBY ORDERED that any creditor or interest holder holding a claim or interest that is listed in the Debtors' Schedules as undisputed, and not contingent or unliquidated as to the amount, may, but need not, file a proof of claim or proof of interest in the above-captioned case:

IT IS FURTHER ORDERED that any creditor or interest holder who holds or asserts a claim or interest that is not listed in the Debtors' Schedules as disputed, contingent, or unliquidated, and who wants to participate in voting on any Plan of Reorganization in the above-captioned case or to share in any distribution of from the Debtors' estate, shall file with the United States Bankruptcy Court, 110 South Church Avenue, Tucson, Arizona 85701, on or before **Monday, July 30, 2012** a proof of claim or proof of interest, which date is hereby fixed as the last day for filing proofs of claim and proofs of interest in this case.

IT IS FURTHER ORDERED that any creditor or interest holder who is not listed on the Debtors'

1

Case 4:12-bk-10829-SHG    Doc 15    Filed 05/21/12    Entered 05/22/12 08:58:22    Desc
Main Document - Motion to Set Last Day to File Proofs of Claim    Page 1 of 2

Schedules as undisputed, non-contingent, and liquidated, and who does not file a proof of claim or proof of interest by **Monday, July 30, 2012** shall be barred from receiving any distribution from the Debtors' estate and from voting on any Plan of Reorganization in this case.

IT IS FURTHER ORDERED that any creditor or interest holder who wants to rely on the lists of creditors and holders of equity interests filed by the Debtor in her Schedules in the above-captioned case has the responsibility for determining that such creditor or interest holder is accurately listed.

IT IS FURTHER ORDERED that the Debtor shall send notice of the entry of this Order and a copy of this Order to all creditors and other parties in the above-captioned case within 15 days of the entry of this Order.

DATED SIGNED AND ORDERED ABOVE

2

Case 4:12-bk-10829-SHG    Doc 15    Filed 05/21/12    Entered 05/22/12 08:58:22    Desc
Main Document - Motion to Set Last Day to File Proofs of Claim    Page 2 of 2