Eric Slocum Sparks
Arizona State Bar No. 11726
LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
110 South Church Avenue #2270
Tucson, Arizona 85701-3031
Telephone (520) 623-8330
Facsimile (520) 623-9157
law@ericslocumsparkspc.com
Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re:

ELIAS Y FREIJ and
OBDULIA M FREIJ,

    Debtors.

No. 4:12-bk-10829-EWH

Chapter 11

**MOTION FOR VALUATION HEARING**

COMES NOW, Elias Y. Freij and Obdulia M. Friej, Debtors, Debtors in possession ("Debtors"), by and through counsel undersigned, pursuant to Bankruptcy Rule 3012 and 11 U.S.C. §506(a) and hereby move this Court to set a hearing to determine valuation of the Debtors' real properties as shown at **EXHIBIT A** attached hereto, and the properties in which various creditors claim an interest. A valuation hearing is crucial in order for Debtors to determine the allowed amount of the creditors' interest in the Debtors' interest in the properties securing claims of creditors listed on **EXHIBIT A**.

Debtors seek a hearing to determine values due to the fact that the Debtors are nearing completion for a Plan of Reorganization and Disclosure Statement and seek to treat a portion of some claims of the listed creditors as fully secured and others partially or wholly unsecured.

A separate hearing on valuation is required in order for the Debtors to be able to determine the amount of the creditors' interests in the Debtors' interest for purposes of the Plan of Reorganization.

///

///

1

WHEREFORE, Debtors respectfully request that this Honorable Court set this matter for hearing and issue such orders pertaining to declarations and testimony as the Court deems proper.

DATED August 7, 2012.

LAW OFFICES OF
*ERIC SLOCUM SPARKS, P.C.*

/s/ Sparks #11726
Eric Slocum Sparks
Attorney for Debtors

COPIES of the foregoing
mailed/faxed/delivered
August 7, 2012 to:

UNITED STATES TRUSTEE
230 N. First Ave. #204
Phoenix, Arizona 85003

Leonard J. McDonald, Esq.
Tiffany & Bosco, PA
2525 E. Camelback Road, Suite 300
Phoenix, AZ 85016
Attorney/s for Colonial Savings, FA. Flagstar Bank, FSB and Bank of America, NA

Jamin Neil, Esq.
Pite Duncan LLP
4375 Jutland Dr., Suite 200
PO Box 17933
San Diego, CA 92177-0933
Attorney/s for Deutsche Bank National Trust Co.

Colonial Savings, FA
2626 West Freeway
Fort Worth, TX 76102

Flagstar Bank, FSB
5151 Corporate Drive
Troy, MI 48098

Brian T. Moynihan, President & CEO
Bank of America Corporation
101 S. Tryon Street - NC1-002-29-01
Charlotte, NC 28255

David Applegate, President & CEO
GMAC Mortgage Corporate Headquarters
1100 Virginia Drive
Fort Washington, PA 19034

| | |
|---|---|
| 1 | Anthony Barone, President & CEO<br>Nationstar Mortgage, LLC |
| 2 | 350 Highland Drive<br>Lewisville, TX 75067 |
| 3 | |
| 4 | Nationstar Mortgage, LLC<br>P.O. Box 829009<br>Dallas, TX 75382-9009 |
| 5 | |
| 6 | |
| 7 | |
| 8 | /s/ L. Anderson |
| 9 | |

3

EXHIBIT A

# PROPERTY VALUATION: Elias Y. Freij and Obdulia M. Freij, 4:12-bk-10829-EWH

| Property Address | Mortgage Holder | Debtors' Opinion of Value | Creditor's Estimate of Debt |
|---|---|---|---|
| 2710 W. Calle del Tigre, Tucson, AZ 85746 | i. GMAC Mortgage, LLC | $48,000.00 | $58,591.24 |
| 1468 E. Wedwick Street, Tucson, AZ 85706 | i. Nationstar Mortgage, LLC | $50,000.00 | $94,596.98 |
| 5120 E. Alberta Drive, Tucson, AZ 85711 | i. Deutsche Bank National Trust Co. | $125,000.00 | $228,653.80 |
| 3707 W. Exton Lane, Tucson, AZ 85746 | i. Colonial Savings, FA | $58,000.00 | $89,869.54 |
| 2531 N. Jeanette Avenue, Tucson, AZ 85749 | i. Bank of America, NA | $250,000.00 | $317,421.71 |
| 5501 E. 8th Street, Tucson, AZ 85756 | i. Flagstar Bank, FSB | $140,000.00 | $281,706.23 |