# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

**Debtor:** ELIAS Y & OBDULIA M FREIJ
**Case Number:** 4:12-BK-10829-EWH          **Chapter:** 11
**Date / Time / Room:** WEDNESDAY, OCTOBER 10, 2012 01:30 PM   COURTROOM 446
**Bankruptcy Judge:** EILEEN W. HOLLOWELL
**Courtroom Clerk:** TERESA MATTINGLY
**Reporter / ECR:** ALICIA JOHNS

## Matter:

1) EVIDENTIARY HEARING ON MOTION TO DETERMINE VALUATION RE: 2710 W. CALLE DEL TIGRE, TUCSON, AZ 85746 (GMAC).
   R / M #: 35 / 0
   **VACATED:** PER THE MINUTE ENTRY DATED 8/30/12 IN MARANTZ, 12-10473, ON THE COURT'S OWN MOTION, THE VALUATION HEARINGS HAVE BEEN RESCHEDULED TO MONDAY, OCTOBER 15, 2012 AT 1:30 P.M.

2) ADM: 4:12-bk-10829-EWH
   EVIDENTIARY HEARING ON MOTION TO DETERMINE VALUATION RE: 1468 E WEDWICK ST, TUCSON, AZ 85706 (NATIONSTAR MORTGAGE).
   R / M #: 35 / 0
   **VACATED:** PER THE MINUTE ENTRY DATED 8/30/12 IN MARANTZ, 12-10473, ON THE COURT'S OWN MOTION, THE VALUATION HEARINGS HAVE BEEN RESCHEDULED TO MONDAY, OCTOBER 15, 2012 AT 1:30 P.M.

3) ADM: 4:12-bk-10829-EWH
   EVIDENTIARY HEARING ON MOTION TO DETERMINE VALUATION RE: 5102 E ALBERTA DRIVE, TUCSON, AZ 85711 (DEUTSCHE BANK).
   R / M #: 35 / 0
   **VACATED:** PER THE MINUTE ENTRY DATED 8/30/12 IN MARANTZ, 12-10473, ON THE COURT'S OWN MOTION, THE VALUATION HEARINGS HAVE BEEN RESCHEDULED TO MONDAY, OCTOBER 15, 2012 AT 1:30 P.M.

4) ADM: 4:12-bk-10829-EWH
   EVIDENTIARY HEARING ON MOTION TO DETERMINE VALUATION RE: 3707 W. EXTON LN, TUCSON, AZ 85746 (COLONIAL SAVINGS).
   R / M #: 35 / 0
   **VACATED:** PER THE MINUTE ENTRY DATED 8/30/12 IN MARANTZ, 12-10473, ON THE COURT'S OWN MOTION, THE VALUATION HEARINGS HAVE BEEN RESCHEDULED TO MONDAY, OCTOBER 15, 2012 AT 1:30 P.M.

5) ADM: 4:12-bk-10829-EWH
   EVIDENTIARY HEARING ON MOTION TO DETERMINE VALUATION RE: 2531 N NEANETTE AVE, TUCSON, AZ 85749 (BANK OF AMERICA).
   R / M #: 35 / 0
   **VACATED:** PER THE MINUTE ENTRY DATED 8/30/12 IN MARANTZ, 12-10473, ON THE COURT'S OWN MOTION, THE VALUATION HEARINGS HAVE BEEN RESCHEDULED TO MONDAY, OCTOBER 15, 2012 AT 1:30 P.M.

Case 4:12-bk-10829-SHG   Doc 41   Filed 09/04/12   Entered 09/04/12 10:28:52   Desc
Main Document    Page 1 of 2

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)...  4:12-BK-10829-EWH  WEDNESDAY, OCTOBER 10, 2012 01:30 PM

6) ADM: 4:12-bk-10829-EWH

EVIDENTIARY HEARING ON MOTION TO DETERMINE VALUATION RE: 5501 E 8TH STREET, TUCSON, AZ 85756 (FLAGSTAR BANK).

R / M #: 35 / 0

**VACATED:** PER THE MINUTE ENTRY DATED 8/30/12 IN MARANTZ, 12-10473, ON THE COURT'S OWN MOTION, THE VALUATION HEARINGS HAVE BEEN RESCHEDULED TO MONDAY, OCTOBER 15, 2012 AT 1:30 P.M.

## *Appearances:*

ERIC SLOCUM SPARKS, ATTORNEY FOR ELIAS Y FREIJ, OBDULIA M FREIJ

## *Proceedings:*

ITEM 1: EVIDENTIARY HEARING ON MOTION TO DETERMINE VALUATION RE: 2710 W. CALLE DEL TIGRE, TUCSON, AZ 85746 (GMAC).

ITEM 2: EVIDENTIARY HEARING ON MOTION TO DETERMINE VALUATION RE: 1468 E WEDWICK ST, TUCSON, AZ 85706 (NATIONSTAR MORTGAGE).

ITEM 3: EVIDENTIARY HEARING ON MOTION TO DETERMINE VALUATION RE: 5102 E ALBERTA DRIVE, TUCSON, AZ 85711 (DEUTSCHE BANK).

ITEM 4: EVIDENTIARY HEARING ON MOTION TO DETERMINE VALUATION RE: 3707 W. EXTON LN, TUCSON, AZ 85746 (COLONIAL SAVINGS).

ITEM 5: EVIDENTIARY HEARING ON MOTION TO DETERMINE VALUATION RE: 2531 N NEANETTE AVE, TUCSON, AZ 85749 (BANK OF AMERICA).

ITEM 6: EVIDENTIARY HEARING ON MOTION TO DETERMINE VALUATION RE: 5501 E 8TH STREET, TUCSON, AZ 85756 (FLAGSTAR BANK).

**UNSCHEDULED MATTER**

DURING THE HEARING HELD IN CASE NO. 12-10473, MARANTZ, ON THURSDAY, AUGUST 30, 2012, THE COURT ADDRESSES THE FACT THAT ALL THE VALUATION HEARINGS SET FOR WEDNESDAY, OCTOBER 10, 2012 WILL NEED TO BE MOVED AND MR. SPARKS IS GIVEN A RESCHEDULED HEARING DATE OF MONDAY, OCTOBER 15, 2012 AT 1:30 P.M.

The hearing is adjourned.