# TIFFANY & BOSCO
### P.A.

**2525 E. CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

12-09265

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Elias Y. Freij and Obdulia M. Freij,<br>        Debtors.<br><br>Elias Y. Freij and Obdulia M. Freij,<br><br>        Movant,<br>   vs.<br><br>Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP, FKA Countrywide Home Loans Servicing, LP,<br><br>        Respondents. | No. 4:12-bk-10829-EWH<br><br>Chapter 11<br><br>RESPONSE TO MOTION FOR VALUATION HEARING<br><br>RE: Real Property Located at<br>2531 N. Jeanette Avenue<br>Tucson, AZ 85749 |

     Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP, FKA Countrywide Home Loans Servicing, LP ("Bank of America"), a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., files this Response to Debtors' Motion For Valuation as follows:

1       Bank of America is the first deed of trust holder on the subject property commonly known as

2 2531 N. Jeanette Avenue, Tucson, AZ 85749 (hereinafter the "Property"), and is owed approximately

3 $328,909.01 through October 15, 2012.

4       Bank of America, believes the Property is worth more than $250,000 as alleged by Debtors.

5 Bank of America has obtained an appraisal of the Property that values the property at $329,000.

6       WHEREFORE, Bank of America asks that this Court deny the requested Motion For Valuation.

7

8       DATED this 1st day of October, 2012.

                                      Respectfully submitted,

                                      TIFFANY & BOSCO, P.A.

                                      BY   /s/ LJM# 014228
                                            Mark S. Bosco
                                            Leonard J. McDonald
                                            Attorney for Movant

COPY mailed this 1st day
of October, 2012 to:

Elias Y. Freij and Obdulia M. Freij
9121 E. Tanque Verde Rd., # 105
Tucson, AZ 85749
Debtors

Bank of America N.A.
P.O. Box 660933
Dallas, TX 75266-0933

U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003
Trustee

Eric Slocum Sparks
110 South Church Avenue, Suite 2270
Tucson, AZ 85701
Attorney for Debtors

By: *Amy Holly*