1  Eric Slocum Sparks
   Arizona State Bar No. 11726
2  LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
   110 South Church Avenue #2270
3  Tucson, Arizona  85701
   Telephone (520) 623-8330
4  Facsimile (520) 623-9157
   law@ericslocumsparkspc.com
5
   Attorney for Debtors
6                   IN THE UNITED STATES BANKRUPTCY COURT

7                     FOR THE DISTRICT OF ARIZONA

8  In re:                                  )
                                           )
9  ELIAS Y. FREIJ and                      )      Case No. 4:12-bk-10829-EWH
   OBDULIA M. FREIJ,                        )
10                                          )
           Debtors.                        )      (Chapter 11)
11  _____ )
                                           )
12  NATIONSTAR MORTGAGE, LLC,               )
                                           )
13                                          )
                                           )      **RESPONSE IN OPPOSITION TO MOTION**
14         Movant,                          )      **FOR RELIEF FROM THE AUTOMATIC**
                                           )      **STAY**
15  v.                                      )
                                           )
16  ELIAS Y. FREIJ and                      )
    OBDULIA M. FREIJ,                       )      [RE: 1468 E. Wedwick Street, Tucson, AZ
17                                          )       85706]
                                           )
18                                          )
                                           )
19                                          )
           Respondent.                     )
20  _____ )

21         COME NOW, Debtors, Debtors in Possession, Elias Y. Freij and Obdulia M. Freij, ("Debtors"),

22  by and through counsel undersigned and file this response in opposition to the *Motion for Relief From*

23  *the Automatic Stay* (the "Motion") filed by Nationstar Mortgage, LLC ("Movant"). In support of the

24  response, Debtors allege as follows:

25         1.     Debtors filed their voluntary Chapter 11 petition on May 16, 2012 (the "Filing").

26         2.     The real property at issue is a single family residence located at 1468 E. Wedwick

27                Street, Tucson, AZ 85706 (the "Property").

28         3.     A hearing on Debtors' Motion for Valuation is scheduled before this Court on

                                           1

1    October 15, 2012.

2    4.    Movant's Motion is premature, as valuation is determinative of many of the issues set

3         forth in the Motion.

4    5.    The Property is necessary to an effective reorganization as it provides significant

5    rental income to the Debtors.

6    6.    The Property is insured and is being maintained.

7    WHEREFORE, Debtors move this Honorable Court for an Order denying the relief requested

8    by Movant and for such other and further relief as the Court deems just and proper.

9

10   DATED October 11, 2012.

11                                              LAW OFFICES OF
                                               ERIC SLOCUM SPARKS, P.C.
12
                                               /s/   Sparks #11726
13                                             Eric Slocum Sparks
                                               Attorney for Debtors
14

15

16   COPIES of the foregoing
     mailed October 11, 2012
17   to:

18   United States Trustee
     230 N. First Ave. #204
19   Phoenix, AZ 85003

20   Leonard J. McDonald, Esq.
     Tiffany & Bosco, P.A.
21   2525 E. Camelback Road
     Phoenix, AZ 85016-4237
22   *Attorney/s for Movant*

23

24   /s/ L. Anderson

25

26

27

28
                                          2