**ORDERED.**

Dated: November 13, 2012



*Eileen W. Hollowell, Bankruptcy Judge*
_____

# TIFFANY & BOSCO
### P.A.

**2525 E. CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
David W. Cowles
State Bar No. 021034

Attorneys for Nationstar Mortgage LLC

12-12355

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Elias Y. Freij and Obdulia M. Freij,<br><br>      Debtors.<br>_____<br>Nationstar Mortgage LLC,<br><br>      Movant,<br>vs.<br><br>Elias Y. Freij and Obdulia M. Freij, Debtors; Office of the U.S. Trustee, Trustee.<br><br>      Respondents. | No. 4:12-bk-10829-EWH<br><br>Chapter 11<br><br>**ORDER REGARDING MOTION FOR VALUATION ENCUMBERING THE FIRST LIEN ON REAL PROPERTY LOCATED AT 1468 E. WEDWICK STREET TUCSON, AZ 85706** |

      1. Nationstar Mortgage LLC ("Nationstar") is the holder of the Note and the beneficiary under the Deed of Trust secured by the real property commonly known as 1468 E. Wedwick Street, Tucson, AZ 85706 ("Subject Property") and is the real party in interest.

2. On or about May 16, 2012, Debtors filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code.

3. On or about August 7, 2012, Debtor filed a Motion for Valuation Hearing regarding the Subject Property, pursuant to Bankruptcy Rule 3012 and 11 U.S.C § 506(a).

4. On or about July 26, 2012 Nationstar filed a proof of claim in the amount of $94,596.98.

5. Nationstar has obtained an broker's price opinion dated September 1, 2012 that values the Subject Property $58,000.

THE PARTIES HEREBY STIPULATE AND AGREE that Nationstar's allowed secured claim against the Subject Property shall be $58,000 and the Evidentiary Hearing set for October 15, 2012 at 1:30 PM is vacated regarding the Subject Property.

SO ORDERED.