# TIFFANY & BOSCO
## P.A.

2525 E. CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

12-12355

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 4:12-bk-10829-EWH |
| | Chapter 11 |
| Elias Y. Freij and Obdulia M. Freij, Debtors. | (Related to Docket #63) |
| Nationstar Mortgage LLC, | **STIPULATION REGARDING ADEQUATE PROTECTION** |
| Movant, vs. | RE: Real Property Located at 1468 E. Wedwick Street Tucson, AZ 85706 |
| Elias Y. Freij and Obdulia M. Freij, Debtors; Office of the U.S. Trustee, Trustee. | |
| Respondents. | |

IT IS HEREBY STIPULATED by and between the parties herein, through counsel undersigned, that the Debtors, pay Adequate Protection Payments in the amount of $466.54 a month

1

commencing on December 1, 2012. The funds are intended to serve as adequate protection for Debtors' lien obligation to Movant secured by the real property described as:

Lot 11, of ARROYO VISTA, according to the Plat of Record in the Office of the County Recorder of Pima County, Arizona Recorded in Book 56 of Maps, Page 57

IT IS FURTHER STIPULATED that the debtors will make all Adequate Protection payments directly to the office of Tiffany & Bosco, P.A. no later than the first of every month starting with the December 1, 2012 payment.

IT IS FURTHER STIPULATED that this stipulation is for adequate protection payments only. The parties hereto reserve all rights and defenses including proof as to being the current lien holder on the real property described herein. Additionally, the parties acknowledge that the adequate protection payments provided herein shall be applied pursuant to further Order from the Court.

IT IS FURTHER STIPULATED that in the event Debtors default on this adequate protection stipulation, the matter will be set for hearing.

IT IS FURTHER STIPULATED that the Motion for Relief from the Automatic Stay hearing set for December 6, 2012 is vacated.

DATED this December 4th day of 2012.

TIFFANY & BOSCO, P.A.

By_____
Mark S. Bosco
Leonard J. McDonald
Attorneys for Movant

_____
Eric Slocum Sparks
Attorney for Debtors