# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | ELIAS Y & OBDULIA M FREIJ |
| **Case Number:** | 4:12-BK-10829-EWH    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, MAY 07, 2013 02:00 PM COURTROOM 446 |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL |
| **Courtroom Clerk:** | TERESA MATTINGLY |
| **Reporter / ECR:** | ALICIA JOHNS |

## Matter:

HEARING ON CONFIRMATION OF DEBTOR'S CHAPTER 11 PLAN.

R / M #: 131 / 0

## Appearances:

ERIC SLOCUM SPARKS, ATTORNEY FOR ELIAS Y FREIJ, OBDULIA M FREIJ
KEVIN HAHN, ATTORNEY FOR OCWEN, Appearing by telephone
LEONARD J. MCDONALD, ATTORNEY FOR FLAGSTAR BANK, BANK OF AMERICA, COLONIAL SAVINGS, NATIONSTAR MORTGAGE, Appearing by telephone

## Proceedings:

Mr. Sparks states the ballot report has been filed and they have obtained an agreement with Mr. Hahn which they hope his client will accept. Mr. McDonald has already entered into stipulations which are either reflected in the plan or will be reflected in the confirmation order. The 1129 declaration has also been filed. He thinks with Mr. Hahn's client's approval all objections have been resolved.

Mr. Hahn agrees.

Mr. McDonald agrees that his client has reached an agreement with the debtor which will be reflected in the agreed order.

THE COURT: MR. SPARKS TO UPLOAD THE ORDER CONFIRMING THE PLAN WITH MR. MCDONALD AND MR. HAHN SIGNING OFF.

The hearing is adjourned.

Case 4:12-bk-10829-SHG    Doc 152    Filed 05/07/13    Entered 05/10/13 08:03:44    Desc
Main Document    Page 1 of 1                                                  05/10/2013  8:03:21AM