# TIFFANY & BOSCO
P.A.

2525 E. CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
David W. Cowles
State Bar No. 021034

Attorneys for Movant

12-12355

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Elias Y. Freij and Obdulia M. Freij,<br><br>Debtors.<br><br>Nationstar Mortgage LLC,<br><br>Movant,<br>vs.<br><br>Elias Y. Freij and Obdulia M. Freij, Debtors; Office of the U.S. Trustee, Trustee.<br><br>Respondents. | No. 4:12-bk-10829-EWH<br><br>Chapter 11<br><br>**STIPULATION REGARDING PLAN TREATMENT AND TO VALUATE THE FIRST LIEN ENCUMBERING REAL PROPERTY LOCATED AT 1468 E. WEDWICK STREET TUCSON, AZ 85706** |

IT IS HEREBY STIPULATED by and between the parties herein, through counsel undersigned, and Debtors in Possession (hereinafter "Debtors"), that the property generally described as 1468 E. Wedwick Street, Tucson, AZ 85706 and legally described as:

Lot 11, of ARROYO VISTA, according to the Plat of Record in the Office of the County Recorder of Pima County, Arizona Recorded in Book 56 of Maps, Page 57

("Subject Property herein"), shall be treated as follows:

Commencing on the first day of the first month after the Order Confirming Plan has been granted, the Debtors will make payments on the reduced value amount of $58,000.00. The interest rate is to be fixed at 5.25% and the payments will be comprised of principle, interest, and escrow. The loan will be re-amortized over 30 years.

There is currently post petition escrow advances owed on the loan in the amount of $3,181.20 through May 9, 2013. Debtors have agreed to cure the $3,181.20 over (6) six months beginning on the first day of the first month after the Order Confirming Plan has been granted. Payments one through six (1-6) in the amount of $530.20 shall be in addition to the regular monthly payments. In the event that Movant must advance escrow after the escrow advance analysis performed on May 9, 2013, the Debtors agree to repay any escrow advance in addition to the above.

All other terms and conditions of the original Note and Mortgage, including the default provisions, shall remain in full force and effect.

If the Debtors fail' to tender the payments as required under this Stipulation, then Movant shall provide written notice to Debtors at 9121 E. Tanque Verde Rd. #105 or such other address subsequently provided by Debtors to the Movant's counsel at the undersigned address, and if the default occurs while the above-captioned bankruptcy proceeding remains active, to the Debtors' counsel at 110 South Church Avenue Suite 2270 Tucson, AZ 85701, indicating the nature of the default. If the Debtor fails to cure the default with certified funds after the passage of fifteen (15) calendar days from the date said written notice is received by the Debtors and Debtors' counsel if

applicable, then Movant shall have immediate relief from the Automatic Stay of §362 of the Bankruptcy Code.

This Stipulation shall be subject to Bankruptcy Court approval.

This Stipulation shall be incorporated into Debtors' confirmed Chapter 11 Plan, and may not be altered in any way by subsequently amended and/or filed Amended Chapter 11 Plan or Amended Disclosure Statement, if any.

The Debtors hereby waive objections to Movant's claims in regard to the Subject property for all purposes besides accounting for the respective claims.

The agreements contained in this Stipulation shall be binding for purposes of the treatment of the Subject Property in Debtors' confirmed Chapter 11 Plan, unless otherwise stipulated writing.

In the event this case is converted to a Chapter 7, Chapter 13 or dismissed, this Stipulation shall be deemed void and unenforceable.

SO STIPULATED:

Dated: 6/13/13

BY: _____
Leonard McDonald, Esq
Attorney for Movant

Dated: _____

BY: /s/: Eric Slocum Sparks w/ permission
Eric Slocum Sparks, Esq.
Attorney for Debtors-in-Possession

3